# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GINA GARCIA NAVARRETE,

    Plaintiff(s),

v.

POLY-WEST, INC.,

    Defendant(s).

Case No.: 2:18-cv-01805-GMN-NJK

**ORDER**

(Docket Nos. 49, 50, 52)

Pending before the Court are the parties' stipulation to extend the discovery cutoff for the purpose of completing Plaintiff's deposition on December 6, 2019, Defendant's motion for the same relief, and Defendant's motion for the Court to reconsider its order at Docket No. 47. Docket Nos. 49, 50, 52. The Court **GRANTS** the parties' stipulation. Docket No. 52. Accordingly, the discovery cutoff is extended to December 6, 2019, for the sole purpose of completing Plaintiff's deposition. The Court **DENIES** Defendant's motions as moot. Docket Nos. 49, 50.

IT IS SO ORDERED.

Dated: December 4, 2019

                                    Nancy J. Koppe
                                    United States Magistrate Judge